**McGLINCHEY STAFFORD**
Hassan Elrakabawy (SBN 248146)
Brian A. Paino (SBN 251243)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040
Email:        helrakabawy@mcglinchey.com

Attorneys for *Defendant* **QUICKEN LOANS INC. (erroneously sued as Quicken Loans aka Quicken Mortgage Services aka Quicken Banking)**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WADE P. GORDON,<br><br>  Plaintiff,<br><br>  v.<br><br>QUICKEN LOANS aka QUICKEN MORTGAGE SERVICES aka QUICKEN BANKING; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>  Defendant. | Case No.:  15-cv-01131-JVS-JCG<br><br>Hon. James V. Selna<br><br>**DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice, and [Proposed] Order]*<br><br>Superior Court Case No. 30-2015-00793508<br>Action Filed:  June 16, 2015<br>Trial Date:    NA<br><br>**Hearing**:<br>Date:    November 2, 2015<br>Time:    1:30 p.m.<br>Ctrm.:   10C |

I, Hassan Elrakabawy, declare as follows:

1   CASE NO. 15-CV-01131-JVS-JCG

**DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

562351.2

1. I am employed as an attorney at McGlinchey Stafford ("McGlinchey"), counsel for *defendant* QUICKEN LOANS INC. (erroneously sued as Quicken Loans aka Quicken Mortgage Services aka Quicken Banking) ("Quicken Loans" or "Defendant"), in this action, and am duly licensed to practice law before all courts of the State of California. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently thereto.

2. This declaration is submitted in support of Quicken Loans Motion to Dismiss for failure to state a claim upon which relief can be granted, which are being filed concurrently herewith.

3. On August 31, 2015, I met Mr. Gordon in person in Irvine, California for the Conference of Counsel pursuant to Local Rule 7-3 and this Court's prior Order in this action.

4. Consistent with the Court's Order instructing that any Motion to Remand brought by Plaintiff be heard on the same date as Quicken Loans' Motion to Dismiss, the parties agreed that the motions would be filed and served so as to be heard on Monday, November 2, 2015, at 1:30 p.m.

5. On September 9, 2015, I sent Mr. Gordon a letter via email and U.S. Mail memorializing the conference of counsel and meet and confer discussions. A true and correct copy of a letter from myself to Plaintiff in *pro per* Wade P. Gordon is attached hereto as Exhibit A.

6. Mr. Gordon confirmed receipt of the confirming letter via an email sent to me on September 11, 2015 at 11:35 a.m. A true and correct copy of the email correspondence is attached hereto as Exhibit B.

///
///
///
///

2   CASE NO. 15-CV-01131-JVS-JCG
**DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
562351.2

7. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of October, at Irvine California.

DATED: October 2, 2015         **McGLINCHEY STAFFORD**

By:  /s/  Hassan Elrakabawy
    HASSAN ELRAKABAWY
    BRIAN A. PAINO
Attorneys for *Defendant* **QUICKEN LOANS INC. (erroneously sued as Quicken Loans aka Quicken Mortgage Services aka Quicken Banking)**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, Marina Hegel, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On October 2, 2015, I served the document(s) described as **DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** as follows:

☒ **BY MAIL**: As follows:

  ☒ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on October 2, 2015, at Irvine, California.

*Marina Hegel*
Marina Hegel

4    CASE NO. 15-CV-01131-JVS-JCG
**DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

562351.2

| | |
|---|---|
| 1 | |
| 2 | **SERVICE LIST**<br>**United States District Court, Case No. 15-cv-01131-JVS-JCG**<br>**WADE P. GORDON v. QUICKEN LOANS INC.**<br>**File # 102369.0028** |
| 3 | |
| 4 | Wade P. Gordon                    Plaintiff **In Pro Per** |
| 5 | 37 Parterre Ave.<br>Foothill Ranch, CA 92610 |

**DECLARATION OF HASSAN ELRAKABAWY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

562351.2