JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WADE P. GORDON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>QUICKEN LOANS aka QUICKEN MORTGAGE SERVICES aka QUICKEN BANKING; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　Defendant. | Case No.: 15-cv-01131-JVS-JCG<br><br>Hon. James V. Selna<br><br>**JUDGMENT**<br><br>Superior Court Case No. 30-2015-00793508<br>Action Filed:　June 16, 2015<br>Trial Date:　　NA<br><br>**Hearing**:<br>Date:　　December 14, 2015<br>Time:　　1:30 p.m.<br>Ctrm.:　　10C |

On December 14, 2015, the Court granted *defendant* QUICKEN LOANS INC.'s (erroneously sued as Quicken Loans aka Quicken Mortgage Services aka Quicken Banking) Motion to Dismiss *plaintiff* WADE P. GORDON's Complaint **with prejudice**.

1     IT IS ORDERED that judgment is hereby entered in favor of Defendant and against *plaintiff* WADE P. GORDON.

Dated: December 22, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE