JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WADE P. GORDON,<br><br>     Plaintiff,<br><br>  v.<br><br>QUICKEN LOANS aka QUICKEN MORTGAGE SERVICES aka QUICKEN BANKING; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>     Defendant. | Case No.:  15-cv-01131-JVS-JCG<br><br>Hon. James V. Selna<br><br>**JUDGMENT**<br><br>Superior Court Case No. 30-2015-00793508<br>Action Filed:  June 16, 2015<br>Trial Date:    NA<br><br>**Hearing**:<br>Date:    December 14, 2015<br>Time:    1:30 p.m.<br>Ctrm.:   10C |

On December 14, 2015, the Court granted *defendant* QUICKEN LOANS INC.'s (erroneously sued as Quicken Loans aka Quicken Mortgage Services aka Quicken Banking) Motion to Dismiss *plaintiff* WADE P. GORDON's Complaint **with prejudice**.

1  IT IS ORDERED that judgment is hereby entered in favor of Defendant and
2  against *plaintiff* WADE P. GORDON.
3
4
5  Dated:  December 22, 2015   _____
6                                                            HON. JAMES V. SELNA
                                                             UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28